UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

NATIONWIDE MUTUAL INSURANCE
COMPANY as subrogee of GAIL D.
JONES-LEWIS,

                 Plaintiff,

- against -

**JUDGMENT**
CV-10-1777 (ADS)(AKT)

MORNING SUN BUS COMAPNY and
XIAO B. WANG,

                 Defendants.

-----------------------------------------------------------X

A Memorandum of Decision and Order of Honorable Arthur D. Spatt, United States District Judge, having been filed on February 2, 2011, granting defendants' motion to dismiss; and an Order of Honorable Arthur D. Spatt, having been filed on July 15, 2011, dismissing plaintiff's complaint with prejudice, and directing the Clerk of Court to close this case, it is

**ORDERED AND ADJUDGED** that plaintiff take nothing of defendants; that defendants' motion to dismiss is granted; that plaintiff's complaint is dismissed with prejudice; and that this case is hereby closed.

Dated: Central Islip, New York
         July 19, 2011

                                          ROBERT C. HEINEMANN
                                          CLERK OF THE COURT

                            By:   /s/ Catherine Vukovich
                                    Deputy Clerk